IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| AVA LACLAIR, | * |
| Plaintiff, | * |
| v. | Case No.: 1:24-CV-152 (LAG) (ALS) |
| | * |
| COMMMISSIONER OF SOCIAL SECURITY, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed December 31, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $3,581.66.

This 31st day of December, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk